UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2008

REGINA M. KEADY, as Executrix of )
the ESTATE OF MICHAEL P. KEADY, )
) Civil Action No.: 07 Civ. 9896 (JSR)
Plaintiff-Appellant, )
) **NOTICE OF APPEAL**
v. )
)
JP MORGAN CHASE & CO., )
)
Defendant-Respondent. )
)

NOTICE IS HEREBY GIVEN that REGINA M. KEADY, as Executrix of the ESTATE OF MICHAEL P. KEADY hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment dismissing the complaint with prejudice entered in this action on the 5th day of March, 2008 and the Court's Memorandum Order granting defendant's motion for summary judgment pursuant to Federal Rule of Civil Procedure 12(b) entered in this action on the 4th day of March 2008.

By: _____
Jason R. Melzer
**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P. O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Attorneys for Plaintiff-Appellant, Regina M. Keady, as Executrix of the Estate of Michael P. Keady

DATED: March 27, 2008

41206/0001-1514751v1